# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **NICOLE MOLL, Administrator of the Estate of Paul L. Robbins, III,** | : : : | CIVIL ACTION NO. 1:14-CV-1040 |
| | : | **(Chief Judge Conner)** |
| **Plaintiff** | : : | |
| v. | : : | |
| **PRUCO LIFE INSURANCE COMPANY,** | : : : : | |
| **Defendant** | : | |

## ORDER & JUDGMENT

AND NOW, this 26th day of February, 2016, upon consideration of the motion (Doc. 34) for summary judgment filed by plaintiff Nicole Moll ("Moll"), and the motion (Doc. 36) for summary judgment filed by defendant Pruco Life Insurance Company ("Pruco"), and for the reasons set forth in the accompanying memorandum, it is hereby ORDERED that:

1. Pruco's motion (Doc. 36) for summary judgment is GRANTED.

2. Moll's motion (Doc. 34) for summary judgment is DENIED.

3. Judgment is ENTERED in favor of Pruco and against Moll on all counts in the complaint (Doc. 1).

4. The Clerk of Court is directed to CLOSE this case.

/S/ CHRISTOPHER C. CONNER
Christopher C. Conner, Chief Judge
United States District Court
Middle District of Pennsylvania